AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| AARON SIEGEL et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-7463 |
| MATTHEW J. PLATKIN et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW J. PLATKIN and PATRICK J. CALLAHAN, Defendants.

Date: 12/23/2022

*Attorney's signature*

Angela Cai (121692014)
*Printed name and bar number*

R.J. Hughes Justice Complex
P.O. Box 080
Trenton, New Jersey 08625
*Address*

angela.cai@njoag.gov
*E-mail address*

(609) 414-5954
*Telephone number*

*FAX number*