UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL;<br><br>JASON COOK;<br><br>JOSEPH DELUCA;<br><br>NICOLE CUOZZO;<br><br>TIMOTHY VARGA;<br><br>CHRISTOPHER STAMOS;<br><br>KIM HENRY; *and*<br><br>ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>*Defendants*. | Civil Action No. 22-cv-7463- KMW-AMD |

**ORDER SETTING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for an emergent and expedited briefing and hearing schedule for Plaintiffs' motion for a temporary restraining order and for a preliminary injunction

pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1 enjoining the operation and effect of certain portions of New Jersey Assembly Bill No. A4769 as signed into law on December 22, 2022 ("A4769") and other provisions of New Jersey law; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this 23rd day of December, 2022, **ORDERED AS FOLLOWS:**

1. Plaintiffs shall file their Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction December 23, 2022;

2. Defendants shall file and serve any opposition papers to Plaintiffs' motion for a TRO no later than December 30, 2022;

3. Plaintiffs shall file and serve any reply papers no later than January 4, 2023;

4. Oral argument on the TRO motion will be held on January 9, 2023 at 10:00 a.m.

5. The Court will set a schedule for the preliminary injunction thereafter.

*Karen M. Williams*
_____
KAREN M. WILLIAMS, U.S.D.J.