MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By:   Angela Cai (NJ Bar 121692014)
      *Deputy Solicitor General*
      609-414-5954
      angela.cai@njoag.gov

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>    Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 22-CV-7463<br><br>**NOTICE OF EXPEDITED MOTION FOR CONSOLIDATION** |

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br>*Plaintiffs,* <br><br>v. <br><br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br>*Defendants.* | Hon. Rene Marie Bumb, U.S.D.J. <br> Hon. Elizabeth A. Pascal, U.S.M.J. <br><br> Docket No. 22-CV-7464 |

TO:    United States District Court
         District of New Jersey – Camden Vicinage
         Mitchell H. Cohen Building & U.S. Courthouse
         Camden, NJ 08101

         Daniel L. Schmutter, Esq.
         HARTMAN & WINNICKI, P.C.
         74 Passaic St.

Ridgewood, NJ 07450

David Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508

William Reynolds
Office of the Atlantic County Prosecutor
4997 Unami Blvd,
Mays Landing, NJ 08330

Grace C. Macaulay
Office of the Camden County Prosecutor
200 Federal St,
Camden, NJ 08103

Annemarie Taggart
Office of the Sussex County Prosecutor
19 High St #21,
Newton, NJ 07860

**PLEASE TAKE NOTICE** that the undersigned, Defendants Matthew J. Platkin, Attorney General of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, Angela Cai, Deputy Solicitor General, appearing, move before this Court for an expedited order consolidating *Koons v. Reynolds*, No. 22-cv-7464, with *Siegel v. Platkin*, No. 22-cv-7463, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief in support of the Motion. A proposed Order is enclosed.

3

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 42.1, a copy of a cover letter accompanying this Motion shall be electronically filed on the court's docket in No. 22-cv-7464.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Angela Cai
      Angela Cai (NJ Bar 121692014)
      Deputy Solicitor General

Dated: December 23, 2022