MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By:   Angela Cai (NJ Bar 121692014)
      *Deputy Solicitor General*
      609-414-5954
      angela.cai@njoag.gov

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> Defendants. | Hon. Karen M. Williams, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 <br><br> **[PROPOSED] ORDER** |

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY,<br><br>*Plaintiffs,*<br><br>v.<br><br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>*Defendants.* | Hon. Rene Marie Bumb, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>Docket No. 22-CV-7464 |

This matter having come before the Court on a Motion for Consolidation of the above-captioned matters by Defendants Matthew J. Platkin, Attorney General of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, Angela Cai, Deputy Solicitor General, appearing; and the Court having considered

2

the papers submitted herein, this matter being decided under Fed. R. Civ. Pro. 42 and Local Civil Rule 42.1, and for good cause shown;

It is on this _____ day of _____, 2022

**ORDERED** that the Motion for Consolidation is **GRANTED**; and it is further

**ORDERED** that the matter *Koons v. Reynolds*, No. 22-cv-7464, is hereby consolidated with the matter *Siegel v. Platkin*, No. 22-cv-7463, with the action bearing the earlier docket number, No. 22-cv-7463, serving as the lead case.

_____
KAREN M. WILLIAMS, U.S.D.J.