MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By:   Angela Cai (NJ Bar 121692014)
      *Deputy Solicitor General*
      609-414-5954
      angela.cai@njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> Defendants. | Hon. Karen M. Williams, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 <br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br> *Plaintiffs,* <br><br> v. <br><br> WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br> *Defendants.* | Hon. Rene Marie Bumb, U.S.D.J. <br> Hon. Elizabeth A. Pascal, U.S.M.J. <br><br> Docket No. 22-CV-7464 |

I hereby certify that on December 23, 2022, I electronically filed a Notice of Motion, a Brief in Support of State Defendants' Expedited Motion for Consolidation Pursuant to Fed. R. Civ. P. 42(a), a Proposed Form of Order, and this Certificate of Service with the Clerk of the United States District Court for the District of New

Jersey in Docket No. 22-CV-7463 pursuant to D.N.J. Local Rule 42.1. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

I further certify that I have e-mailed a copy of these documents to Plaintiffs' counsel of record in Docket No. 22-CV-7464. Although there is no indication that any Defendant in Docket No. 22-CV-7464 has been served by Plaintiffs, I further certify that I will e-mail a copy of these documents to Defendants Reynolds, McCaulay, and Taggart.

I declare under penalty of perjury that the foregoing is true and correct

/s/ Angela Cai
Angela Cai
Deputy Solicitor General

Dated: December 23, 2022