

### State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>PO BOX 080<br>TRENTON, NJ 08625-0080 | MATTHEW J. PLATKIN<br>*Attorney General* |

December 23, 2022

William T. Walsh
Clerk of Court
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re:   *Siegel v. Platkin*, 22-cv-7463-KMW-AMD
           *Koons v. Reynolds*, 22-cv-7464-RMB-EAP

Dear Mr. Walsh,

      This office represents defendants Attorney General Matthew J. Platkin and Superintendent of New Jersey State Police Colonel Patrick J. Callahan ("State Defendants") in the above matters. Pursuant to L. Civ. R. 42.1, an expedited motion to consolidate the above-listed matters was filed in the case bearing the earlier docket number, 22-cv-7463. Also pursuant to L. Civ. R. 42.1, State Defendants submit this cover letter to be filed in the later docket number, 22-cv-7464.

                                Respectfully yours,

                                  MATTHEW J. PLATKIN
                                ATTORNEY GENERAL OF NEW JERSEY

               By:  /s/ Angela Cai
                     Angela Cai
                     Deputy Solicitor General

