UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 1:22-cv-07463-KMW-AMD |

**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION**

TO:    Angela Cai, Esq.
        Office of the Attorney General
        Department of Law and Public Safety
        Division of Law
        25 Market Street
        Trenton, NJ 08625

**PLEASE TAKE NOTICE**, that pursuant to this Court's Scheduling order (ECF No. 6) Plaintiffs, Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry, and Association of New Jersey Rifle & Pistol Clubs, Inc. (collectively "Plaintiffs") shall move before the Honorable Karen M. Williams, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order granting a temporary restraining order and preliminary injunction, pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1, enjoining the operation and effect of certain provisions of New Jersey Assembly Bill No. A4769 and other provisions of New Jersey law as set forth in the filed Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the following documents:

1) Declaration of Aaron Siegel,
2) Declaration of Jason Cook,
3) Declaration of Timothy Varga,
4) Declaration of Christopher Stamos,
5) Declaration of Nicole Cuozzo,
6) Declaration of Joseph DeLuca,
7) Declaration of Kim Henry,
8) Declaration of Scott Bach,
9) Declaration of Daniel L. Schmutter, and
10) Brief.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

**PLEASE TAKE FURTHER NOTICE** that two proposed forms of Order are submitted

herewith: one granting a temporary restraining order and the other granting a preliminary injunction.

Dated: December 23, 2022  Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Plaintiffs*
