UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL;<br><br>JASON COOK;<br><br>JOSEPH DELUCA;<br><br>NICOLE CUOZZO;<br><br>TIMOTHY VARGA;<br><br>CHRISTOPHER STAMOS;<br><br>KIM HENRY; *and*<br><br>ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    *Plaintiffs*,<br><br> v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-07463-KMW-AMD<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

**DECLARATION OF CHRISTOPHER STAMOS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1. I, Christopher Stamos, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am a law-abiding resident and citizen of the United States and the State of New Jersey. I reside at 58 Cottage Street, Bayonne, New Jersey 07002. I am a member of Association of New Jersey Rifle & Pistol Clubs, Inc.

3. I am a data analyst, and I live in Bayonne, New Jersey.

4. I am a firearm owner and Handgun Carry Permit holder because I believe that possession and carry of firearms is an important aspect of protecting myself and my wife from the risk of violent crime.

5. I obtained my Handgun Carry Permit because I recognize that violent crime can take place anywhere, including when I am outside the home.

6. 16th Street Park in Bayonne is a park, a playground, and also a beach. Several years ago, Bayonne converted a kayak launch area of the park into a beachfront by depositing sand and constructing a sandy beach area for public recreation. Bayonne holds its annual "Paddle the Peninsula" event at the 16th Street Park beachfront.

7. I annually accompany my wife when she participates in the Paddle the Peninsula event at 16th Street Park and also otherwise enjoy the park several times

per year, including when the park hosts its annual Renaissance Festival and Irish Festival.

8. I also, from time to time, take my young nephews to Cottage Street Park.

9. I would carry my handgun at both 16th Street Park and Cottage Street Park; however, I refrain from doing so for fear of arrest and prosecution under the new law A4769.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_Christopher Stamos_          12/22/2022
Christopher Stamos            Date