UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 1:22-cv-07463-KMW-AMD <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

**DECLARATION OF KIM HENRY IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

1. I, Kim Henry, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am a law-abiding resident and citizen of the United States and the State of New Jersey. I reside at 439 Dartmouth Avenue, Pemberton, New Jersey 08068. I am a member of Association of New Jersey Rifle & Pistol Clubs, Inc.

3. I was a part time substitute teacher in Pemberton, New Jersey. I am a cancer survivor, and due to my current state of health, I cannot work. I support my family on social security disability and child support payments.

4. I am a single mother of two children, and I live in constant fear from death threats from my ex-boyfriend.

5. In or about November 2022, my 10 month relationship with my then boyfriend ended. Since then I have obtained a restraining order against him.

6. Prior to my TRO hearing, he sent me text messages such as "I know you are home."

7. On the day of my TRO hearing I received phone calls with distorted voices telling me that I would not make it up the steps of the courthouse for my hearing.

8. Since then I also have received numerous threatening telephone calls from unknown voices and unknown numbers that the police have advised me are "spoofed" numbers and therefore untraceable.

9. I do not currently own any firearms, but I wish to acquire firearms to protect myself and my children.

10. I qualify for and imminently intend to apply for an FID and one or more Purchase Permits.

11. I also qualify for and intend to apply for a Handgun Carry Permit in order to protect myself and my children.

12. Because I rely on social security disability for support, the massive fee increases in A4769 are a severe hardship for me.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____  12/22/2022
Kim Henry                        Date