## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 1:22-cv-07463-KMW-AMD |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion For a Temporary Restraining Order and Preliminary Injunction;

2. Declaration of Aaron Siegel

3. Declaration of Jason Cook

4. Declaration of Joseph DeLuca

5. Declaration of Nicole Cuozzo

6. Declaration of Timothy Varga

7. Declaration of Christopher Stamos

8. Declaration of Kim Henry

9. Declaration of Scott Bach

10. Declaration of Daniel L. Schmutter

11. Brief in Support of Motion

12. Proposed Form of Order for Temporary Restraining Order

13. Proposed Form of Order for Preliminary Injunction; and

14. Certificate of Service.

I further certify that on or about December 27, 2022, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 23th day of December 2022 upon the following counsel

for Defendants:

>Angela Cai, Esq.
>Deputy Attorney General
>Office of Attorney General
>New Jersey Dep't of Law
>& Public Safety
>Angela.Cai@njoag.gov
>
>Attorneys for Defendants Matthew
>Platkin and Patrick J. Callahan

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

December 23, 2022                              s/ Daniel L. Schmutter
                                               DANIEL L. SCHMUTTER

3