AUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br>       *Plaintiffs*, <br><br>    v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br>       *Defendants*. | Civil Action No. 1:22-cv-7463-KMW-AMD |

**NOTICE OF MOTION TO FILE AN OVERLENGTH BRIEF**

TO:   Angela Cai, Esq.
      Office of the Attorney General
      Department of Law and Public Safety
      Division of Law
      25 Market Street
      Trenton, NJ 08625

**PLEASE TAKE NOTICE**, that on a date to be determined by the Court, Plaintiffs, Aaron

Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry, and Association of New Jersey Rifle & Pistol Clubs, Inc. (collectively "Plaintiffs"), shall move before the Honorable Karen M. Williams, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order granting Plaintiffs leave to file a 47 page brief (7 pages over the limit) in support of their motion for a temporary restraining order and preliminary injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the Declaration of Daniel L. Schmutter

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: December 23, 2022                    Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Plaintiffs*
