# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 22-cv-7463- KMW-AMD |

**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A 47 PAGE BRIEF IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for leave to file a 47 page brief (7 pages over the limit) in support of Plaintiffs' motion for a temporary restraining order and for a preliminary injunction;

and the Court having considered the submissions of counsel; and for good cause having been shown;

    IT IS on this ___ day of _____, 2022, **ORDERED AS FOLLOWS:**

Plaintiffs' Motion to file a 47 page brief support of their motion for a temporary restraining order and for a preliminary injunction is granted.   .

 

                                                                                      _____

                                                                                       KAREN M. WILLIAMS, U.S.D.J.