# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 1:22-cv-07463-KMW-AMD |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion to File Overlength Brief

2. Declaration of Daniel L. Schmutter

3. Proposed Form of Order; and

4. Certificate of Service.

I further certify that on or about December 27, 2022, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 23th day of December 2022 upon the following counsel for Defendants:

> Angela Cai, Esq.
> Deputy Attorney General
> Office of Attorney General
> New Jersey Dep't of Law
> & Public Safety
> Angela.Cai@njoag.gov
>
> Attorneys for Defendants Matthew Platkin and Patrick J. Callahan

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

December 23, 2022                     s/ Daniel L. Schmutter
                                      DANIEL L. SCHMUTTER