UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL;<br><br>JASON COOK;<br><br>JOSEPH DELUCA;<br><br>NICOLE CUOZZO;<br><br>TIMOTHY VARGA;<br><br>CHRISTOPHER STAMOS;<br><br>KIM HENRY; *and*<br><br>ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>*Defendants.* | Civil Action No. 22-cv-7463- KMW-AMD |

**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A 47 PAGE BRIEF IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for leave to file a 47 page brief (7 pages over the limit) in support of Plaintiffs' motion for a temporary restraining order and for a preliminary injunction;

and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2022, **ORDERED AS FOLLOWS:**

Plaintiffs' Motion to file a 47 page brief support of their motion for a temporary restraining order and for a preliminary injunction is granted.

KAREN M. WILLIAMS, U.S.D.J.

2