MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By:   Angela Cai (NJ Bar 121692014)
      *Deputy Solicitor General*
      609-414-5954
      angela.cai@njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> Defendants. | Hon. Karen M. Williams, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 <br><br> **NOTICE OF MOTION TO FILE AN OVERLENGTH BRIEF** |

1

TO: United States District Court
District of New Jersey – Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
Camden, NJ 08101

Daniel L. Schmutter, Esq.
HARTMAN & WINNICKI, P.C.
74 Passaic St.
Ridgewood, NJ 07450

**PLEASE TAKE NOTICE** that the undersigned, Defendants Matthew J. Platkin, Attorney General of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, Angela Cai, Deputy Solicitor General, appearing, move before this Court for an Order granting Defendants leave to file a 50-page brief in opposition to Plaintiffs' motion for a temporary restraining order.

**PLEASE TAKE FURTHER NOTICE** that in support of the above motion, Defendants will rely on the declaration of Angela Cai, Deputy Solicitor General.

**PLEASE TAKE FURTHER NOTICE** that a proposed form order is submitted herewith.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Angela Cai
Angela Cai (NJ Bar 121692014)
Deputy Solicitor General

Dated: December 30, 2022