MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By: Angela Cai (NJ Bar 121692014)
*Deputy Solicitor General*
609-414-5954
angela.cai@njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 22-CV-7463<br><br>**ATTORNEY DECLARATION OF ANGELA CAI IN SUPPORT OF MOTION TO FILE AN OVERLENGTH BRIEF** |

I, ANGELA CAI, of full age, hereby declare as follows:

1. I am employed as Deputy Solicitor General by the State of New Jersey, Department of Law and Public Safety. I provide this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order. I submit this declaration in support of Defendants' motion to file a brief 10 pages over the 40 page limit of L. Civ. R. 7.2(b).

2. This matter concerns sweeping constitutional challenges to a newly enacted firearms statute. Plaintiffs' six-count Complaint touches nearly numerous aspect of the newly enacted P.L. 2022 Chapter 131. It further challenges provisions of New Jersey law that predate the new legislative enactment.

3. Plaintiffs previously filed a Motion for Leave to File Excess Pages for their brief in support of their motion for emergency relief. *See* Dkt. 9. On December 28, 2022, this Court granted Plaintiffs' Motion for Leave to File Excess Pages. *See* Dkt. 12.

4. To conduct the historical inquiry under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the State must identify and discuss historical evidence in its brief, which requires a significant portion of space.

5. As a result, despite diligent effort, it is not possible to comply with the 40 page limit and also to respond to each of the claims raised by Plaintiffs in their Motion for a Temporary Restraining Order.

6. As such, Defendants respectfully request that the Court grant leave for Defendants to file a 50 page brief in opposition to Plaintiffs' Motion for a Temporary Restraining Order.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ Angela Cai
Angela Cai
Deputy Solicitor General

December 30, 2022