L. H. J.
Liber No. 54
June 16

5.<sup>th</sup> That no Person come into the House of Assembly, while the same is sitting, with Sword or other Weapon, upon Penalty of such ffine as shall be imposed on them by the Speaker, at the Discretion of the House

6.<sup>th</sup> That if any Member, bound to attend this Assembly, shall be absent at the Hours and Place appointed, after the Speaker and Twelve of the Members are met, according to the Order for Sitting, shall be fined according to the Discretion of the Speaker, not exceeding five Shillings for any Offence, unless upon such Excuse as the Speaker shall admit of

7.<sup>th</sup> All Misdemeanours which shall happen in the House shall be censured or fined in the House

8.<sup>th</sup> That no Bill shall be read, a second Time during this Session, till all the Members in Town shall be called in, except on some Excuse to be admitted by the Speaker.

9.<sup>th</sup> That if any Member of this House do depart, without Leave from the Hon.<sup>ble</sup> Speaker and the House, such Member shall forfeit all his preceding Allowances, due to him for his Attendance that Session

The following Resolves Viz.<sup>t</sup>

Resolved by the House, That the Members, who shall be appointed as Members of the Committee of Aggrievances, have likewise the Character of a Committee for Courts of Justice; and that that Character, and the Duty of such Committee, be annexed to the said Committee of Aggrievances as a standing Part of their Duty: And that it be an Instruction to the said Committee of Courts of Justice, that they observe the Nature of all the Commissions to the several Courts of Judicature within this Province, and that they especially observe any Alterations that may at any Time happen, by accidental Omission or otherwise therein; and particularly relating to such Words therein, as require the several Judges and Justices to hear, try and determine, according to the Laws, Statutes, Ordinances, and reasonable Customs of *England* and of this Province, or to such other Words as have Relation thereto; and that they shall immediately make Report to the House of any Alteration that shall at any Time happen in such Commission; and likewise, to have Regard, as near as may be, to observe wherein they differ from the fforms of the several Sorts of Commissions to the Judges and Justices in *England;* and also, to enquire and report, whether it appears that the several Magistrates in this Province have been duly qualified agreeable to Law

p. 306   Resolved also, That this Province is not under the Circumstances of a conquered Country, that if it were the present Christian Inhabitants thereof, would be in the Circumstances, not of the Conquered but of the Conqueror; it being a Colony of the *English* Nation, en-