# ACTS AND JOINT RESOLUTIONS

PASSED AT THE

REGULAR SESSION

OF THE

## Forty-third General Assembly

OF THE

### STATE OF IOWA

---

PREPARED FOR PUBLICATION BY AND UNDER THE DIRECTION OF
**ROBERT HENDERSON**
SUPERINTENDENT OF PRINTING

---

Published by
THE STATE OF IOWA
Des Moines
1929

# AUTHENTICITY

STATE OF IOWA

Office of Superintendent of Printing

The former statute which required the compiler of the session laws to certify to the authenticity thereof has been repealed in the belief, evidently, that such authenticity is fully covered by the following section of the code, to wit:

> "**11312.** Printed copies of the statute laws of this or any other of the United States, or of congress, or of any foreign government, purporting or proved to have been published under the authority thereof, or proved to be commonly admitted as evidence of the existing laws in the courts of such state or government, shall be admitted in the courts of this state as presumptive evidence of such laws."

*Robert Henderson*        Superintendent of Printing.

L   212

JUL 1 9 1929

5 any sneak boat or sink box, or from any sailboat, gasoline, or electric
6 launch or steamboat, or any other water conveyance, except propelled
7 by oar or paddle, or any other device used for concealment in the
8 open water; nor pursue, for the purpose of killing or capture, any
9 such bird by motor vehicle or aircraft; nor use any artificial light,
10 battery, or deception; contrivance or device with intent to attract or
11 deceive such bird, except that in hunting wild ducks and geese, decoys
12 and duck or goose calls may be used and artificial ambushes erected
13 and used on land, provided no false bottom is used and only natural
14 materials are used in its construction. No person shall at any time
15 hunt or shoot any game bird between sunset and one-half hour before
16 sunrise of the following morning."

1 SEC. 30. Section seventeen hundred seventy-two (1772), code,
2 1927, is repealed and the following is enacted in lieu thereof, to wit:
3 "1772. **Carrying firearms in motor vehicles.** No person shall
4 carry a gun or any firearms, except a pistol or revolver, in or on a
5 motor vehicle unless the same be unloaded in both barrels and maga-
6 zine, and taken down or contained in a case."
7 "1772-c1. **"Gun" defined.** The word "gun" as used in chapter 86,
8 code of 1927, shall include every kind of gun or rifle, except a revolver
9 or pistol."
10 "1772-c2. **Use of rifles.** No person shall at any time shoot any
11 rifle on or over any of the public waters of the state."

1 SEC. 31. Section seventeen hundred eighty (1780), code, 1927, is
2 repealed and the following is enacted in lieu thereof, to wit:
3 "1780. **Transportation for sale prohibited.** It shall be unlawful
4 for any person, firm, or corporation to offer for transportation or to
5 transport by common carrier or vehicle of any kind, to any place
6 within or without the state, for the purposes of sale, any of the fish,
7 game, animals, or birds taken, caught, or killed within the state, or
8 to peddle any of such fish, game, animals, or birds.
9 It shall be unlawful to ship from the state any birds caught, taken,
10 or killed in the state, or to take, ship, or carry from the state for any
11 purpose any such fish, game, animals, or birds unless lawfully caught,
12 taken, or killed by a non-resident licensee under the provisions of this
13 chapter, who may take or carry such birds as have been lawfully
14 caught, taken or killed, or take, carry, or ship such fish, game, or
15 animals as have been lawfully caught, taken, or killed, to his place
16 of residence as indicated on such license."

1 SEC. 32. Section seventeen hundred eighty-one (1781), code, 1927,
2 is repealed and the following is enacted in lieu thereof, to wit:
3 "1781. **Transportation regulations and restrictions.** Any person,
4 firm, or corporation desiring the shipment or transportation of any
5 fish or animals shall deliver to the common carrier to which the ship-
6 ment is offered, a statement under oath, in duplicate, showing the
7 name and address of the shipper, the date and number of his license,
8 where and by what officer issued, the name and residence of the con-
9 signee to whom the shipment is made, the kind and number of fish
10 or animals in the shipment, that the same have not been unlawfully
11 killed, bought, sold, or had in possession, and are not being shipped
12 for the purpose of market or sale, and that such shipment does not