THE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS,
1881.

person who shall be convicted of any such breach shall be adjudged
to pay a fine of not less than three dollars nor more than one hundred
dollars.

1683.   In every prosecution brought for a violation of any ordi-
nance of the city of Chicago, where the offense charged is one
punishable under the laws of the State of Illinois as a misdemeanor,
the court or magistrate trying the cause may upon conviction in
lieu of the fine imposed by the ordinance or in addition thereto,
cause the offender to be imprisoned in the house of correction for a
period not exceeding three months.

1684.   All the printed books containing the revised ordinances
shall be deposited with the city comptroller.   He shall deliver one
copy thereof to each officer of the city, and to such other persons as
the city council may direct.

1685.   The mayor shall have power to extend to or reciprocate
courtesies of other cities, by presenting to them a copy of the revised
ordinances bound at the expense of the city in such manner as to
him may seem suitable.

## Article XLIII.

### *Parks and Public Grounds.*

1686.   The several public parks, squares and grounds in the
city of Chicago, shall be known and designated by the names applied
thereto respectively on the map of the city of Chicago published by
J. Van Vechten and Snyder in the year 1877.

1687.   It shall be the duty of the commissioner of public works
to superintend all inclosed public grounds and keep the fences there-
of in repair, the walks in order and the trees properly trimmed and
improve the same according to plans approved by the city council.
He shall likewise cause printed or written copies of prohibitions
of this article to be posted in the said grounds or parks.

1688.   No person shall enter or leave any of the public parks of
the city of Chicago except by their gateways; no person shall climb
or walk upon their walls or fences.

1689.   Neither cattle, horses, goats, swine or other animals, ex-
cept as herein provided, shall be turned into any one of the said parks
by any person.

1690.   All persons are forbidden to carry firearms or to throw
stones or other missiles within any one of the public parks.   All
persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691. No person shall converse with or in any way hinder those engaged in their construction.

1692. No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693. No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694. In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695. The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696. No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697. No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698. No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency. No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements. Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.