UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; <br><br> JASON COOK; <br><br> JOSEPH DELUCA; <br><br> NICOLE CUOZZO; <br><br> TIMOTHY VARGA; <br><br> CHRISTOPHER STAMOS; <br><br> KIM HENRY; *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> *Defendants*. | Civil Action No. 1:22-cv-7463-KMW-AMD |

**NOTICE OF MOTION TO FILE AN OVERLENGTH REPLY BRIEF**

TO:  Angela Cai, Esq.
    Office of the Attorney General
    Department of Law and Public Safety
    Division of Law
    25 Market Street
    Trenton, NJ 08625

**PLEASE TAKE NOTICE**, that on a date to be determined by the Court, Plaintiffs, Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim

Henry, and Association of New Jersey Rifle & Pistol Clubs, Inc. (collectively "Plaintiffs"), shall move before the Honorable Karen M. Williams, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order granting Plaintiffs leave to file a 29 page reply brief in further support of their motion for a temporary restraining order.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the Declaration of Daniel L. Schmutter

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: January 4, 2023                                  Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Plaintiffs*
