UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL;<br><br>JASON COOK;<br><br>JOSEPH DELUCA;<br><br>NICOLE CUOZZO;<br><br>TIMOTHY VARGA;<br><br>CHRISTOPHER STAMOS;<br><br>KIM HENRY; *and*<br><br>ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>*Defendants*. | Civil Action No. 22-cv-7463- KMW-AMD |

**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A 29 PAGE REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for leave to file a 29 page reply brief in further support of

Plaintiffs' motion for a temporary restraining order; and the Court having considered the submissions of counsel; and for good cause having been shown;

  IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

Plaintiffs' Motion to file a 29 page reply brief in further support of their motion for a temporary restraining order is granted. .

                _____
                KAREN M. WILLIAMS, U.S.D.J.