MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By: Angela Cai (NJ Bar 121692014)
*Deputy Solicitor General*
609-414-5954
angela.cai@njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,<br><br>Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 22-CV-7463<br><br>**ORDER** |

This matter having come before the Court on a Motion to File an Overlength Brief by Defendants Matthew J. Platkin, Attorney General of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, Angela Cai, Deputy Solicitor General, appearing; and the Court having considered the papers submitted herein, this matter being decided under Local Civil Rule 7.2(b), and for good cause shown;

It is on this _____ day of _____, 2023

**ORDERED** that the Motion to File an Overlength Brief is **GRANTED**.

_____
KAREN M. WILLIAMS, U.S.D.J.