LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *º<br>Richard L. Ravin *º□<br>Daniel L. Schmutter*<br>Andrew T. Wolfe* | 74 PASSAIC STREET<br>RIDGEWOOD, NEW JERSEY 07450<br><br>* * *<br><br>WEBSITE<br>www.hartmanwinnicki.com | Phone: (201) 967-8040<br>Fax:    (201) 967-0590<br><br>Porter E. Hartman (1920-2009)<br>Charles R. Buhrman (1938-1994)<br>William T. Marsden (1943-1993)<br>Cyrus D. Samuelson (1911-1998) |
| * New York and New Jersey Bars<br>º Florida Bar<br>□ Washington, D.C. Bar<br>◊ New Jersey Bar | | |

January 6, 2023

**VIA ECF**
The Honorable Karen M. Williams
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

  Re: **Siegel, et al. v. Platkin, et al.**
     **Civil Action No.: 1:22-cv-07463-KMW-AMD**

Dear Judge Williams:

  We represent Plaintiffs in the above referenced matter.

  As your Honor is aware, there is another case pending in this Court in front of the Honorable Renee Marie Bumb captioned *Koons, et al. v. Reynolds, et al.*, Civil Action No.: 1:22-cv-07464-RMB-EAP. The *Koons* case challenges some of the same provisions of law at issue in the within case.

  Yesterday, Judge Bumb held a hearing on the *Koons* Plaintiffs' application for a Temporary Restraining Order ("TRO"). Although we do not believe a decision has yet been rendered, we thought your Honor might find the transcript of that hearing helpful in connection with the TRO hearing in this case scheduled for Monday, January 9, 2023.

  Accordingly, we have attached the transcript to this letter for your convenience.

           Respectfully submitted,

           s/ Daniel L. Schmutter
           DANIEL L. SCHMUTTER

DLS/ars
Enclosure
Cc: Angela Cai, Esq.