# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON SIEGEL; </br></br> JASON COOK; </br></br> JOSEPH DELUCA; </br></br> NICOLE CUOZZO; </br></br> TIMOTHY VARGA; </br></br> CHRISTOPHER STAMOS; </br></br> KIM HENRY; *and* </br></br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., </br></br> *Plaintiffs*, </br></br> v. </br></br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, </br></br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, </br></br> *Defendants*. | Civil Action No. 22-cv-7463- KMW-AMD |

**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A 29 PAGE REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for leave to file a 29 page reply brief in further support of

Plaintiffs' motion for a temporary restraining order; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this 6th day of January, 2023, **ORDERED AS FOLLOWS:**

Plaintiffs' Motion to file a 29 page reply brief in further support of their motion for a temporary restraining order is granted.

KAREN M. WILLIAMS, U.S.D.J.