LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

January 8, 2023

**VIA ECF**
The Honorable Karen M. Williams
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:     Siegel, et al. v. Platkin, et al.
        Civil Action No.: 1:22-cv-07463-KMW-AMD

**NOTICE OF SUBSEQUENT AUTHORITY – *RANGE v. ATTORNEY GENERAL* TO BE REHEARD EN BANC**

Dear Judge Williams:

We represent Plaintiffs in the above referenced matter. We write to bring to the Court's attention an important order from the United States Court of Appeals for the Third Circuit.

In their brief in opposition to Plaintiffs'' application for a TRO, Defendants have relied on *Range v. Attorney General*, 53 F.4th 262 (3d Cir. 2022). They cite *Range* on page 11 and 32 of their brief.

On Friday January 6, 2023, the Third Circuit granted rehearing *en banc* in *Range*, thereby vacating the panel decision relied on by Defendants (*see* order attached hereto). Accordingly, *Range* is no longer good law, and the citations by Defendants should be disregarded.

Respectfully submitted,

s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER

DLS/ars
Enclosure
Cc:     Angela Cai, Esq.