UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2835
_____

BRYAN DAVID RANGE,
                      Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
REGINA LOMBARDO, Acting Director,
Bureau of Alcohol,
Tobacco, Firearms, and Explosives

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

(E.D. Pa. No.5-20-cv-03488)
_____

ORDER SUR PETITION
FOR REHEARING EN BANC
_____

Present:  CHAGARES, Chief Judge, AMBRO, JORDAN, HARDIMAN,
GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS, FREEMAN, and ROTH[*], Circuit Judges

    A majority of the active judges having voted for rehearing en banc in the above captioned case, it is ordered that the petition for rehearing is GRANTED. The case will be argued before the en banc court on Wednesday, February 15, 2023 at 10:00 a.m. The opinion and judgment entered November 16, 2022 are hereby vacated.

---

[*] Judge Roth's vote is limited to panel rehearing; will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

The Appellees shall file a supplemental brief in response to the arguments raised in Appellant's petition for rehearing, not to exceed 15 pages, within 14 days from the date of this order. Appellees shall file 15 hard copies of the supplemental brief.

                                                BY THE COURT,

                                                <u>s/ Michael A. Chagares</u>
                                                Chief Judge

Dated: 6 January 2023