UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                          **DATE OF PROCEEDING:** January 9, 2023

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**

**TITLE OF CASE AND DOCKET NUMBER:**

SIEGEL, et al. v. PLATKIN, et al.
22-cv-7463-KMW-AMD

**APPEARANCES:**

DANIEL L. SCHMUTTER, ESQ. - for Plaintiff

DEPUTY SOLICITOR GENERAL ANGELA CAI - for Defendant
ASSISTANT ATTORNEY GENERAL JEAN REILLY – for Defendant

**NATURE OF PROCEEDING:**   Motion Hearing

Ordered hearing on Plaintiffs' Motion for Temporary Restraining Order [ECF No. 8] and Defendants' Motion for Consolidation [ECF No. 7] continued to January 12, 2023 at 1:30 p.m. in Courtroom 4A.

Order to be entered.

                                        DEPUTY CLERK: s/Nicole Ramos

TIME COMMENCED: 10:07 a.m.   TIME ADJOURNED: 10:21 a.m.   TOTAL TIME: 14 mins.