UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                               **DATE OF PROCEEDING:** January 12, 2023

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**

**TITLE OF CASE AND DOCKET NUMBER:**

SIEGEL, et al. v. PLATKIN, et al.
22-cv-7463-KMW-AMD

**APPEARANCES:**

DANIEL L. SCHMUTTER, ESQ. - for Plaintiff

DEPUTY SOLICITOR GENERAL ANGELA CAI - for Defendant

**NATURE OF PROCEEDING:**   Motion Hearing

Oral argument held on the record.

Ordered Plaintiffs' Motion for Temporary Restraining Order [ECF No. 8] is **RESERVED**.

Ordered Defendants' Motion for Consolidation [ECF No. 7] is **GRANTED in PART and DENIED in PART**.

Opinion and Order to be entered.

DEPUTY CLERK: s/Nicole Ramos

TIME COMMENCED: 1:36 p.m.   TIME ADJOURNED: 3:48 p.m.   TOTAL TIME: 2 hrs., 12 mins.