

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
PO BOX 080
TRENTON, NJ 08625-0080

MATTHEW J. PLATKIN
*Attorney General*

January 13, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Siegel v. Platkin*, 22-cv-7463
           *Koons v. Reynolds*, 22-cv-7464

Dear Judge Bumb,

    I represent the State Defendants in the above-captioned consolidated matters. I write with regards to the scheduling of a TRO hearing in the *Siegel* matter. As noted in a communication this afternoon with *Siegel* Plaintiffs' counsel and the courtroom deputy, the undersigned is unavailable on Wednesday, January 18 and Thursday, January 19 due to a conflict, but otherwise available the week of Monday, January 16 for a hearing.

                      Respectfully submitted,

                      MATTHEW J. PLATKIN
                      ATTORNEY GENERAL OF NEW JERSEY

        By:   /s/ Angela Cai
                Angela Cai
                Deputy Solicitor General

cc:    Daniel L. Schmutter, Esq.
       David Jensen, Esq.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-2791 FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*