AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| AARON SIEGEL et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-07463 |
| MATTHEW J. PLATKIN et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW J. PLATKIN and PATRICK J. CALLAHAN, Defendants.

Date: 01/18/2023

*Attorney's signature*

David Chen (416482022)
*Printed name and bar number*

R.J. Hughes Justice Complex
P.O. Box 080
Trenton, New Jersey 08625
*Address*

david.chen@njoag.gov
*E-mail address*

(973) 263-8046
*Telephone number*

*FAX number*