# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| ------------------------------------------------ | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs*, | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants*. | |

**SUPPLEMENTAL DECLARATION OF AARON SIEGEL IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Aaron Siegel, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. As I indicated in my previous declaration, as a nurse practitioner one of the places I work is Skylands Urgent Care in Lake Hopatcong, New Jersey. I

checked our practice handbook at Skylands Urgent Care, and I did not find any rule prohibiting the carry of handguns. I also asked my Practice Manager, and he told me that there is no prohibition on me carrying my handgun at Skylands Urgent Care. I would carry my handgun at Skylands Urgent Care, but I refrain from doing so because of Chapter 131 Section 7(a)(21), as I fear arrest and prosecution.

3. On March 6, 2023, I have a dentist appointment. I have spoken with my dentist, and his office will allow me to carry my handgun when I am there. I would carry my handgun with me at my upcoming appointment, but I will refrain from doing so because of Chapter 131 Section 7(a)(21), as I fear arrest and prosecution.

4. I have a chronic degenerative disc disease as well as spinal stenosis—both of which cause me considerable back pain on a regular basis. As a result, I regularly see an anesthesiologist/pain management specialist in New Jersey. I see him approximately every one to two month for various treatments. In a few weeks, I have an appointment to receive an epidural injection. Several weeks after my epidural I will need to see him again for a follow-up appointment. This is separate and apart from my regular visits for ongoing treatment. I asked his office if they have a policy against handgun carry, and they told me they do not.  I would carry my handgun with me at these appointments, but I will refrain from doing so because of Chapter 131 Section 7(a)(21), as I fear arrest and prosecution.

5. On May 25, 2023, I will be taking my son to the Turtle Back Zoo in West Orange, New Jersey. I would carry my handgun with me when I do so, but I will refrain from doing so because of Chapter 131 Section 7(a)(9), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____    2/7/2023_____
Aaron Sieger                                           Date