UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>WILLIAM REYNOLDS, *et al.*<br><br>*Defendants*<br>-------------------------------------------------<br><br>AARON SIEGEL, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, *et al.*<br><br>*Defendants*. | Civil Action No. 1:22-cv-07464-RMB-AMD<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br><br>**CONSOLIDATED ACTIONS** |

**SUPPLEMENTAL DECLARATION OF JASON COOK IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Jason Cook, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I have plans visit the Popcorn Zoo in Forked River, New Jersey on May 20, 2023 with my brother, his wife, and my nephew. I would carry my handgun with

me when I do so, but I will refrain from doing so because of Chapter 131 Section 7(a)(9), as I fear arrest and prosecution.

3. On June 22, 2023, my sister and her boyfriend are flying to Florida. I will be driving them and dropping them off curbside at Newark Airport. I would carry my handgun with me when I do so, but I will refrain from doing so because of Chapter 131 Section 7(a)(20), as I fear arrest and prosecution.

4. As I indicated in my previous declaration dated December 23, 2022, I like to visit movie sets on location.

5. According to an article from February 3, 2023 on Patch.com, "Mean Girls The Musical" will be filming on location all over Middletown, New Jersey during the months of March and April 2023. According to the article, the production will have "Middletown transforming into the Chicago suburb of Evanston, Ill." See https://patch.com/new-jersey/middletown-nj/mean-girls-wanted-monmouth-county-film-extras-report (last visited February 4, 2023).

6. I will be going to Middletown in March and/or April to find some of the locations during the filming so I can watch.

7. I would carry my handgun at these filming locations, but I will refrain from doing so because of Chapter 131 Section 7(a)(23), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____  
Jason Cook

2/7/2023_____  
Date