# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> WILLIAM REYNOLDS, et al. ) <br> ) <br> *Defendants* ) <br> ) <br> ---------------------------------------------- ) <br> ) <br> AARON SIEGEL, *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MATTHEW PLATKIN, *et al.* ) <br> ) <br> *Defendants*. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:22-cv-07464-RMB-AMD <br><br> <u>**CIVIL ACTION**</u> <br><br> **(ELECTRONICALLY FILED)** <br><br><br> **CONSOLIDATED ACTIONS** |

## DECLARATION OF RIA JAIRAM IN SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1. I, Ria Jairam, am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. I am over the age of 18, have personal knowledge of the facts

and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am what is often referred to as a monetized YouTuber. I make films and upload them to YouTube.com, where both subscribers to my channel and non-subscribers view my films. I have more than 13,000 subscribers to my YouTube.com channel. Every time a person views my films, I am paid money by YouTube.com.

3. Most of my films involve educating my viewers on various aspects of amateur ("ham") and other radio communications. I frequently film in public locations.

4. Linked below is one of my films, shot on location in Lincoln Park, New Jersey. The film depicts a test I conducted of a Retevis General Mobile Radio Service ("GMRS") radio. The film begins inside the home of a friend. I then walk outside on public streets to test the performance of the radio's antenna.

https://www.youtube.com/watch?v=ZUFkHx76Fqk

5. Here is another one of my films. This one was filmed on Garrett Mountain at Rifle Camp Park in Passaic County, New Jersey showing various radio activities taking place.

https://www.youtube.com/watch?v=ToWg8FOG5ps

6. I currently hold a New Jersey permit to carry a handgun. I would carry my handgun while making these films in public, but I refrain from doing so because of Chapter 131 Section 7(a)(23), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____
Ria Jairam

2/7/2023
Date