AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Siegel, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-07463 |
| Platkin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brady, as Amicus Curiae.

Date: 02/16/2023

/s/ David A. Luttinger, Jr.
*Attorney's signature*

David A. Luttinger, Jr. (DL3180)
*Printed name and bar number*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

*Address*

dluttinger@cov.com
*E-mail address*

(212) 841-1134
*Telephone number*

(646) 441-9134
*FAX number*