# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br> *Defendants*. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 1:22-cv-07463 <br><br> **(PROPOSED) ORDER** |
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br> *Plaintiffs*, <br><br> v. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 1:22-cv-07464 |

|  |
|---|
| MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>   *Defendants.* |

**THIS MATTER** having come before the Court upon the unnopposed motion of Brady for an Order granting them leave to file a brief as *amicus curiae*; and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this ___ day of _____, 2023, that:

The Motion is **GRANTED**;

The proposed amicus brief is deemed **FILED.**


                _____
                Hon. Renée Marie Bumb
                United States District Judge

                Hon. Ann Marie Donio
                United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I certify that on February 16, 2023, I electronically filed the foregoing (PROPOSED) ORDER with the Clerk of the United States District Court for the District of New Jersey.

Counsel for all parties are registered CM/ECF users and will be served via CM/ECF.

|  |  |
|---|---|
| Dated: February 16, 2023 | /s/ David A. Luttinger, Jr.<br>David A. Luttinger, Jr. (DL3180) |