UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br> Defendants. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 <br><br> **CIVIL ACTIONS** <br> **(ELECTRONICALLY FILED)** |
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, | Hon. Reéne Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7464 |

1

*Plaintiffs,*

v.

MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

*Defendants.*

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendants Matthew J. Platkin, Attorney General of the State of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the following orders granting in part and denying in part motions for preliminary injunction:

- *Siegel v. Platkin*, 22-cv-7463:  ECF Nos. 49 & 50
- *Koons v. Platkin*, 22-cv-7464:  ECF Nos. 124 & 125.

2

The matters have been consolidated pursuant to Fed. R. Civ. P. 42. *See Siegel*, 22-cv-7463, Mem. Op. & Order, ECF No. 34 (Jan. 13, 2023).

By: <u>/s/ Angela Cai</u>
    Angela Cai
    Deputy Solicitor General

May 16, 2023