UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* <br><br> *Plaintiffs* <br><br> v. <br><br> WILLIAM REYNOLDS, *et al.* <br><br> *Defendants* <br> ------------------------------------------------ <br> AARON SIEGEL, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.* <br><br> *Defendants*. | Civil Action No. 1:22-cv-07464-RMB-AMD <br><br> <u>CIVIL ACTION</u> <br><br> **(ELECTRONICALLY FILED)** <br><br><br> **CONSOLIDATED ACTIONS** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry, and Association of New Jersey Rifle & Pistol Clubs, Inc. ("*Siegel* Plaintiffs") hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting in part and denying in part the *Siegel* Plaintiffs' motion for a preliminary injunction entered in this action on May 16, 2023 as follows:

- *Siegel v. Platkin*, 22-cv-7463: ECF No. 50

- *Koons v. Platkin*, 22-cv-7464: ECF No. 125

A copy of the Order appealed from is attached hereto as Exhibit "A". The matters have been consolidated pursuant to Fed. R. Civ. P. 42. *See Siegel*, 22-cv-7463, Mem. Op. & Order, ECF No. 34 (Jan. 13, 2023).

s/ Daniel L. Schmutter
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com

June 5, 2023