IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RONALD KOONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, <br> in his official capacity as Attorney General of the State of New Jersey, and <br> PATRICK CALLAHAN, <br> in his official capacity as Superintendent of the New Jersey State Police, <br><br> Defendants, <br><br> and <br><br> NICHOLAS SCUTARI, <br> President of the New Jersey Senate, and <br> CRAIG COUGHLIN, <br> Speaker of the New Jersey Assembly, <br><br> Intervenors-Defendants. | Civil No. 22-7464 (RMB/AMD) <br><br> *Consolidated with* <br> *Civil No. 22-7463 (RMB/AMD)* <br><br><br> **ORDER** |

**BUMB, Chief District Judge**

**THIS MATTER** having come before the Court *sua sponte* in light of: (1) Defendants' and the *Siegel* Plaintiffs' appeals of this Court's order granting-in-part, and denying-in-part, Plaintiffs' motions for a preliminary injunction, (2) Defendants' motion for a stay of that order in the United States Court of Appeals for the Third Circuit, and (3) a Third Circuit panel's summary order granting-in-part, and denying-in-part, Defendants' motion for a stay,

**IT IS** on this **22nd** day of **June 2023**, hereby

**ORDERED** that this Court will administratively terminate these actions (Civil Nos. 22-7464 and 22-7463) pending the ultimate resolution of the parties' appeals even though this Court's preliminary injunction decision left several matters unresolved pending discovery and additional briefing on, among other things, Chapter 131's new fees, Chapter 131's handgun ban at airports, transportation hubs, and the other sensitive place designations discussed in the Court's Opinion; and it is

**FURTHER ORDERED** that if any party opposes this Court's decision to administratively terminate these actions, that party must submit a letter to the Court within five days of this Order explaining why this Court should not administratively terminate these actions pending the outcome of the appeals; and it is

**FURTHER ORDERED** that following the final resolution of the parties' appeals, any party may move to reopen these matters by filing a letter with the Court requesting the matters be reopened so that discovery can proceed.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge